# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00311 |
| MATTHEW EUGENE LOGANBILL | ) Assigned To : Meriweather, Robin M. |
| DOB: 01/15/1965 | ) Assign. Date : 3/15/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1512(c)(2) | -Obstruction of a Congressional Proceeding |
| 18 U.S.C. §§ 1752(a)(1) and (a)(2) | -Unlawful Entry |
| 18 U.S.C. § 2(a) | -Aiding and Abetting |
| 40 U.S.C. §§ 5104(e)(2)(D) and 40 U.S.C. §§ 5104(e)(2)(G) | - Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Brown, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 03/16/2021

*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*