IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Western District of Missouri |
| | ) | Case No. 2:21-mj-03010-WJE |
| v. | ) | |
| | ) | District of Columbia, |
| MATTHEW EUGENE LOGANBILL | ) | Case No. 2:21-mj-00311 |
| | ) | |
| Defendant. | ) | |

## O R D E R

On Monday, March 29, 2021, Defendant Matthew Eugene Loganbill appeared before the undersigned with appointed counsel, Troy Stabenow, and knowingly and voluntarily waived identity and removal hearings in this District.

It is, therefore,

ORDERED that Defendant Matthew Eugene Loganbill report to the Unites States District Court for the District of Columbia, by video teleconference, on April 2, 2021, at 1:00 pm (EST) for further proceedings in this criminal action.

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
United States Magistrate Judge

March 29, 2021
Jefferson City, Missouri